

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-21-00569-CV

Richard **GIBSON** and All Other Occupants,
Appellant

v.

Shawn C. **BROWN**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2021CV04375
Honorable J. Frank Davis, Judge Presiding

BEFORE JUSTICE RIOS, JUSTICE WATKINS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION. Appellee's Motion to Dismiss for Want of Jurisdiction is DENIED AS MOOT.

Costs of appeal are assessed against the party that incurred them.

SIGNED April 27, 2022.

_____
Irene Rios, Justice